# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00381-GPG

TITO ONTIVEROS,

    Plaintiff,

v.

UNITED STATES PROBATION DEPARTMENT,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion to Recall Mandate, for Leave to Amend Pleadings Pursuant Fed. R. Civ. P. Rule 15(a)" (ECF No. 10) is DENIED.  To the extent Plaintiff is asking the Court to reconsider the Court's Order Denying Motion (ECF No. 8), the motion is denied because Plaintiff fails to provide any argument that demonstrates reconsideration is appropriate.  To the extent Plaintiff seeks leave to amend, the motion is denied as moot because one of the deficiencies Plaintiff has been directed to cure in this action is to file a pleading on the proper form and he may include all of his claims in that pleading.

Dated:   March 7, 2016